United States District Court
Southern District of Texas

**ENTERED**
December 14, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SAM MAIDA | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| NATIONWIDE GENERAL INSURANCE | § | CIVIL ACTION NO. 4:16-cv-1812 |
| COMPANY AND PAUL RHINES | § | |
| *Defendants*. | § | |
| | § | |

**ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

Came to be considered the Agreed Stipulation of Dismissal with Prejudice urged by Plaintiff Sam Maida and Defendants Nationwide General Insurance Company and Paul Rhines. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit are hereby dismissed with prejudice to re-filing, and that this matter is CLOSED.

Signed this 14th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE